IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 7:32-CR-00001-EKD |
| | ) | |
| PATRICIA MOSELEY | ) | |

## **FACTUAL BASIS**

If this matter proceeded to trial, the United States of America would prove the following facts beyond a reasonable doubt with admissible and relevant evidence:

1. On July 6, 2016, Patricia Moseley (Moseley) obtained $2,737.78 in merchandise from Best Buy, 4707 Valley View Boulevard. NW, Roanoke, Virginia, by presentencing a Citibank Mastercard in the name of CS, card number 5121079780481013.

2. On July 6, 2016, Moseley obtained $1,368.89 in merchandise from Best Buy, 4707 Valley View Boulevard. NW, Roanoke, Virginia, by presentencing a Citibank Mastercard in the name of RC, card number 5121072261171153.

3. On June 30, 2016, Moseley obtained $1,368.89 in merchandise from Best Buy, 4707 Valley View Boulevard. NW, Roanoke, Virginia, by presentencing a Citibank Mastercard in the name of PJ card number 5121071937055196.

4. Moseley never talked with the individuals CS, RC or PJ who opened the credit card accounts and did not ask permission to use their cards. In addition, Moseley did not know any of the individuals.

Respectfully submitted,

Daniel P. Bubar
Acting United States Attorney

By:

Date: 02/08/2021

*Charlene Day*
Charlene Day
Assistant United States Attorney

Date: 02/08/21

*Patricia Moseley*
PATRICIA MOSELEY
Defendant

Date: 2/8/21

*Monica D. Cliatt*
Monica Cliatt, Esq.
Counsel for Defendant